✎JS 45 (5/97) - (Revised USAO MA 3/25/2011)

**Criminal Case Cover Sheet**                              **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** __II__      **Investigating Agency** __ATF__

**City** __Framingham__      **Related Case Information:**

**County** __Middlesex__

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __24-8307-PGL__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: __Patrick RODRIGUES DE OLIVEIRA__    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: _____

Address: __(City & State)__

Birth date (Yr only): __1990__   SSN (last4#): _____   Sex _____   Race: _____   Nationality: _____

**Defense Counsel if known:** _____      Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Michael Crowley__      Bar Number if applicable _____

**Interpreter:** ☑ Yes  ☐ No      List language and/or dialect: __Portuguese__

**Victims:** ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**   ☐ Petty    ☐ Misdemeanor    ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __09/18/2024__      Signature of AUSA: __/s/ Michael Crowley__

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Patrick RODRIGUES DE OLIVEIRA

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(a)(1)(A) | Engaging in the business of dealing in firearms without a license | I |
| Set 2 | 18 U.S.C. § 371 | conspiracy to engage in the business of dealing | II |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013