**AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT**

I, Special Agent Eric Mercer, being duly sworn, state the following:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") and have worked there since January 2020. I am currently assigned to the Bridgewater, Massachusetts, Field Office. Prior to my employment with the ATF, I was employed as a Trooper with the New Hampshire State Police from 2018 to 2020. As an ATF Special Agent, I have training and experience regarding investigations involving firearms and narcotics trafficking and the possession of firearms by prohibited persons, including felons, parolees, illegal aliens, narcotics users, and narcotics traffickers. I have additionally received training and experience conducting investigations involving the possession and use of firearms in violent crime and narcotics offenses. As a result of my training and experience, I am familiar with methods commonly utilized by firearms and narcotics traffickers, as well armed offenders, in conducting their business.

2. I have participated in various aspects of firearms and narcotics investigations, including physical surveillance, surveillance of controlled purchases involving undercover agents and/or cooperating witnesses, the introduction of undercover agents, the execution of search warrants, the effecting of arrests, and the debriefing of defendants, informants, and witnesses who had personal knowledge regarding firearms and narcotics trafficking organizations.

3. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws.

1

4. This affidavit is being submitted in support of an application for a complaint and arrest warrant for Patrick RODRIGUES DE OLIVEIRA for various violations of federal law including: (1) engaging in the business of dealing in firearms without a license in violation of 18 U.S.C. § 922(a)(1)(A); and (2) conspiracy to engage in the business of dealing in firearms without a license in violation of 18 U.S.C. § 371.

5. During this investigation, a Cooperating Witness ("CW-1") made controlled purchases of commercially manufactured firearms and ammunition as well as Privately Made Firearms ("PMF"), sometimes referred to as "ghost guns." A PMF does not have a serial number like commercially manufactured firearms. Based on my training and experience, a PMF satisfies the definition of "firearm" for the purposes of 18 U.S.C. § 922(a)(1)(A).

6. CW-1 has requested that his/her identity not be revealed for fear of reprisal or harm to his/her physical safety. I am aware of CW-1's identity and have met with CW-1 personally. CW-1 [1]has provided accurate, truthful, and reliable information to law enforcement, including the ATF, in the past and continues to do so to the present. CW-1 is presently receiving monetary benefits from the ATF. CW-1 is also seeking protection from retaliation based upon CW-1's cooperation with law enforcement in this investigation, including possible relocation.

7. The information contained in this affidavit is based on my own investigation, oral and written reports by other law enforcement officers, physical surveillance, information from CW-1, public records, database checks, and other investigations. The dates and times in this affidavit are approximate. Because this affidavit is submitted for the limited purpose of supporting issuance of a complaint and arrest warrant for RODRIGUES DE OLIVEIRA. I have

---

[1] CW-1 has five (5) prior arrests in the Commonwealth of Massachusetts resulting in 14 entries on his Massachusetts Board of Probation summary. All prior arrests resulted in case dismissals. CW-1 additionally has previous arrests related to immigration offenses.

not presented every fact learned during the investigation, but only that information necessary to fully support probable cause for arrest warrants.

## PROBABLE CAUSE

8.   On September 6, 2024, CW-1 informed agents that he/she was contacted by an individual who introduced himself as "Patrick." CW-1 later reviewed the photograph associated with RODRIGUES DE OLIVEIRA's Massachusetts driver's license and confirmed RODRIGUES DE OLIVEIRA is the individual he/she knows as "Patrick." CW-1 reported he/she initially communicated with RODRIGUES DE OLIVEIRA via an app. CW-1 reported RODRIGUES DE OLIVEIRA indicated that an individual from whom CW-1 had purchased multiple firearms in the past had provided RODRIGUES DE OLIVEIRA with CW-1's phone number. CW-1 reported RODRIGUES DE OLIVEIRA stated he had firearms for sale.

9.   On this same date, CW-1 reported he/she met with RODRIGUES DE OLIVEIRA at the Framingham Inn, in Framingham, MA. CW-1 provided agents with a photograph of the parking lot at the Framingham Inn, upon CW-1's arrival. Agents, to include myself, observed a white Ford Fusion in the photograph bearing Massachusetts registration 2ASD91 which was used during a controlled purchase of three firearms on September 4, 2024. This vehicle was parked in the immediate vicinity of the room used by RODRIGUES DE OLIVEIRA as discussed below. CW-1 reported when he/she arrived in the parking lot RODRIGUES DE OLIVEIRA was seated in the driver's seat of the Ford Fusion, while an unidentified female was seated in the front passenger seat.

10.   CW-1 reported after meeting RODRIGUES DE OLIVEIRA outside of the Ford Fusion, he/she was invited into RODRIGUES DE OLIVEIRA's room at the Framingham Inn. CW-1 reported they entered a 1st floor room located next to the bottom of the exterior stairwell.

CW-1 reported while inside of the room, RODRIGUES DE OLIVEIRA showed CW-1 two firearms that were available for sale. RODRIGUES DE OLIVEIRA offered to sell CW-1 a long gun for $2,200 and a handgun for $1,300 ($3,500 collectively). CW-1 took a video of both firearms while inside of the room and provided the video to agents. CW-1 reported RODRIGUES DE OLIVEIRA additionally produced a bag containing a large quantity of cocaine. CW-1 reported RODRIGUES DE OLIVEIRA stated he could acquire narcotics to include cocaine, fentanyl, and ecstasy for sale.

11. CW-1 reported prior to leaving the Framingham Inn, RODRIGUES DE OLIVEIRA provided him/her with another phone number. CW-1 reported RODRIGUES DE OLIVEIRA stated the new phone number was his primary number.

12. On September 10, 2024, CW-1 made a controlled purchase of a 12-gauge shotgun and a 9mm pistol from RODRIGUES DE OLIVEIRA in Framingham, MA. Prior to the controlled purchase, investigators met with CW-1 at a pre-determined location to conduct a pre-operational briefing. CW-1 was equipped with electronic surveillance equipment, as well as a U/C vehicle, to monitor and record the transaction. Agents provided CW-1 with government funds to purchase the firearms. CW-1 and the U/C vehicle were searched for contraband and currency with negative results.

13. Surveillance personnel were assigned to the Framingham Inn, in Framingham, MA. CW-1 was under constant surveillance during the operation. Upon CW-1's arrival at the Framingham Inn, CW-1 contacted RODRIGUES DE OLIVEIRA by phone. Surveillance personnel observed the white Ford Fusion (MA 2ASD91) parked in the lot. Shortly thereafter, I observed the curtains to Room 104 open and an individual appeared to be looking out towards the parking lot. I then observed RODRIGUES DE OLIVEIRA walk out of Room 104 carrying a

white bedsheet. An unidentified female additionally walked outside of Room 104 and stood outside of the doorway. The female walked in and out of Room 104 periodically during the meet.

14. RODRIGUES DE OLIVEIRA walked to the U/C vehicle and placed the white bedsheet, concealing a 12-gauge shotgun, on the rear seat of the U/C vehicle, and handed CW-1 a 9mm pistol. RODRIGUES DE OLIVEIRA then entered the front passenger seat of the U/C vehicle. While inside of the U/C vehicle, CW-1 paid RODRIGUES DE OLIVEIRA $3,500 government funds in exchange for the firearms. CW-1 informed agents that RODRIGUES DE OLIVEIRA discussed future firearms sales, specifically, stating that he would have two additional firearms for sale by Friday (September 13, 2024).

15. RODRIGUES DE OLIVEIRA exited the U/C vehicle and walked back into Room 104, with the unidentified female. CW-1 left the Framingham Inn and was escorted directly to a pre-determined location.

16. At the pre-determined location, CW-1 provided investigators with a Tokarev TBP-12, 12-gauge shotgun, serial number 52-H24YB-005596, and a Sarsilmaz SAR9, 9mm pistol, serial number T1102-21BV80052. CW-1 and the U/C vehicle were searched again for contraband and currency with negative results. I have reviewed the recording of the transaction, which confirmed CW-1's account that CW-1 purchased the two firearms from RODRIGUES DE OLIVEIRA. An officer who speaks Portuguese has further confirmed that the recording has audio in which RODRIGUES DE OLIVEIRA discusses selling two more firearms to CW-1.

17. The above-referenced shotgun has certain distinctive characteristics. Based on these characteristics, investigators identified that the same firearm had been advertised for sale on or about August 28, 2024, by an individual who illegally sold CW-1 multiple firearms – this was the same individual who allegedly provided RODRIGUES DE OLIVEIRA with CW-1's

contact information.  This evidence is consistent with RODRIGUES DE OLIVEIRA and that individual sharing a source of supply for firearms.

### *FEDERAL FIREARMS LICENSE (FFL)*

18.　As part of this investigation, I have consulted with an ATF Industry Operations Investigator (IOI) in the Boston Field Division, who has queried ATF's Firearms Licensing System (FLS). Patrick RODRIGUES DE OLIVEIRA does not possess a federal firearms license (FFL).

### CONCLUSION

19.　In light of the above, there is probable cause to believe that RODRIGUES DE OLIVEIRA have committed violations of federal law as set forth above.

_Eric Mercer /by Paul G. Levenson_
Eric Mercer
Special Agent, ATF

Attested to by the applicant in accordance with
the requirements of Fed. R. Crim. P. 4.1 by

HON. PAUL G. LEVENSON
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS

on this __18th__ day of September 2024